# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Arifeen David Gojali<br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:12-MJ-00431-4<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _11/26/12_____, _____, at _1:30_____ ☐ a.m. / ☒ p.m. before the Honorable _SHERI PYM_____, in Courtroom _4-3rd Floor_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _11-19-12_

SHERI PYM
~~U.S. District Judge/~~Magistrate Judge

---
ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                             Page 1 of 1