1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED No. CR 12- 92 VAP |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 2339A: Conspiracy to Provide Material Support to Terrorists] |
| RALPH KENNETH DELEON,<br> aka "Ralph De Leon,"<br> aka "Rafiq Abdul Raheem,"<br> aka "Ya Seen,"<br> aka "Ya Sin,"<br>MIGUEL ALEJANDRO VIDRIALES SANTANA,<br> aka "Miguel Santana,"<br> aka "Muhammad Khalid Mikaeel Khattab," and<br>ARIFEEN DAVID GOJALI,<br> aka "Arifeen Ghazali,"<br> aka "Arifeen Ghozali,"<br> aka "Arifeendavud Gojali," | |
| Defendants. | |

The Grand Jury charges:

[18 U.S.C. § 2339A]

Beginning in or around August 2010 and continuing up to and including November 16, 2012, in San Bernardino and Los Angeles

1   Counties, within the Central District of California, and elsewhere,

2   defendants RALPH KENNETH DELEON, also known as ("aka") "Ralph De

3   Leon," aka "Rafiq Abdul Raheem," aka "Ya Seen," aka "Ya Sin"

4   ("DELEON"); MIGUEL ALEJANDRO VIDRIALES SANTANA, aka "Miguel

5   Santana," aka "Muhammad Khalid Mikaeel Khattab" ("SANTANA"); ARIFEEN

6   DAVID GOJALI, aka "Arifeen Ghazali," aka "Arifeen Ghozali," aka

7   "Arifeendavud Gojali" ("GOJALI"); and others known and unknown to

8   the grand jury; conspired and agreed with each other to provide

9   material support and resources, as that term is defined in Title 18,

10   United States Code, Section 2339A(b)(1), including property,

11   services, and personnel, including themselves, knowing and intending

12   that they were to be used in preparation for, and in carrying out,

13   violations of the following federal laws:

14         a.    Title 18, United States Code, Section 956 (conspiracy

15   to commit at a place outside the United States an act that would

16   constitute the offense of murder, kidnapping, or maiming, if

17   committed in the special maritime and territorial jurisdiction of

18   the United States, where one of the conspirators committed an act

19   within the jurisdiction of the United States to effect an object of

20   the conspiracy);

21         b.    Title 18, United States Code, Section 1114 (killing

22   and attempting to kill officers and employees of the United States

23   and of any agency or branch of the United States (including members

24   of the uniformed services), while such officers and employees were

25   engaged in or on account of the performance of official duties, and

26   any person assisting such officers and employees);

27

28

1       c. Title 18, United States Code, Sections 2332(a) and

2    (b) (killing, attempting, and conspiring to kill, a national of the

3    United States while such national is outside the United States);

4       d. Title 18, United States Code, Section 2332a(b)

5    (using, and threatening, attempting, and conspiring to use, a weapon

6    of mass destruction outside of the United States); and

7       e. Title 18, United States Code, Section 2332f

8    (delivering, placing, discharging, and detonating, and attempting

9    and conspiring to deliver, place, discharge, and detonate, an

10   explosive or other lethal device into or against a place of public

11   use, a state or government facility, a public transportation system,

12   and an infrastructure facility, with the intent to cause death and

13   ///

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  serious bodily injury and to cause extensive destruction to such

2  places, facilities, and systems).

3                              A TRUE BILL

4

5                              /S/
                              _____
6                              Foreperson

7  ANDRÉ BIROTTE JR.

8  United States Attorney

9

10 ROBERT E. DUGDALE

11 Assistant United States Attorney
   Chief, Criminal Division

12

13 PATRICK R. FITZGERALD
   Assistant United States Attorney
   Chief, National Security Section

14

15 SUSAN J. De WITT
   Assistant United States Attorney
16 Deputy Chief, National Security Section

17 CHRISTOPHER D. GRIGG
   Assistant United States Attorney
18 National Security Section

19

20

21

22

23

24

25

26

27

28