David J. Thomas, SBN: 175180
HANNA, BROPHY, MacLEAN, McALEER & JENSEN, LLP
1500 Iowa Avenue, Suite 220
Riverside, CA 92507
Telephone: (951) 824-2984
Facsimile: (951) 848-9405
E-mail: dthomas@hannabrophy.com

Attorneys for Defendant
RALPH KENNETH DELEON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RALPH KENNETH DELEON,<br><br>　　　　Defendant(s). | ED CR 12-00092-VAP-2<br><br>**JOINDER IN DEFENDANT KABIR'S MOTION TO DISMISS ALL BUT COUNT FOUR OF THE SECOND SUPERSEDING INDICTMENT**<br><br>Hearing Date: April 14, 2014<br>Hearing Time: 9:00 a.m. |

Comes now Defendant RALPH KENNETH DELEON, and joins in co-defendant SOHIEL OMAR KABIR'S Motion to Dismiss all but Count Four of the Second Superseding Indictment, filed on March 14, 2014. This joinder is based upon the law and argument presented in co-defendant Kabir's motion, all files and records in this case, and any further evidence as may be presented at any hearing in connection with this motion.

Mr. Deleon submits that this joinder is in the interest of justice and will avoid duplication of effort and unnecessary costs to the Government.

Dated: March 31, 2014        *David J. Thomas*
　　　　　　　　　　　　　　  _____
　　　　　　　　　　　　　　  DAVID J. THOMAS
　　　　　　　　　　　　　　  Attorney for Defendant RALPH KENNETH DELEON