| | |
|---|---|
| JOHN N. AQUILINA    Ca. Bar. No. 096880 | |
| 5055 Canyon Crest Drive, #221 | |
| Riverside, California 92507 | |
| 951-682-1700    951-276-1427 (fax) | |
| Aquilina@johnaquilina.com | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br>v.<br>ARIFEEN DAVID GOJALI<br><br>DEFENDANT(S). | CASE NUMBER:<br>5:12-cr-00092-0VAP-04<br><br>**NOTICE OF MANUAL FILING**<br>**OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✔] Filed   [ ] Lodged:  **(List Documents)**

EXPARTE APPLICATION TO FILE UNDER SEAL
DEFENDANT'S SENTENCING RECOMMENDATION
EXPARTE APPLICATION TO FILE EXCESS PAGES

**Reason:**
- [✔] Under Seal
- [ ] In Camera
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [ ] Per Court order dated: _____
- [ ] Administrative Record
- [✔] Other:

Confidential and privileged information

| | |
|---|---|
| March 6, 2015 | JOHN N. AQUILINA |
| Date | Attorney Name |
| | DEFENDANT, ARIFEEN DAVID GOJALI |
| | Party Represented |

Note:    File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (09/14)    NOTICE OF MANUAL FILING OR LODGING