JOHN N. AQUILINA Cal. Bar No. 096880
5055 Canyon Crest Drive, #221
Riverside, California 92507
951-682-1700 951-276-1427 (Fax)
Aquilina@johnaquilina.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br>v.<br>ARIFEEN DAVID GOJALI<br><br>DEFENDANT(S). | CASE NUMBER:<br>5:12-cr-00092-VAP-O4<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

DEFENDANT'S LETTERS IN SUPPORT OF SENTENCING RECOMMENDATION
APPLICATION AND PROPOSED ORDER TO FILE UNDER SEAL

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: ____________________
☐ Administrative Record
☐ Other:

March 12, 2015
Date

/s/ John N. Aquilina
Attorney Name

Defendant, Arifeen Gojali
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*