STEPHANIE YONEKURA, ACTING U.S. ATTORNEY
ALLEN W. CHIU (Cal. Bar No. 240516)
Assistant United States Attorney
1300 United States Courthouse, 312 N. Spring Street
Los Angeles, CA  90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br>SOHIEL OMAR KABIR, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>ED CR No. 12-00092(B)-VAP<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

Under Seal Application; Under Seal Proposed Order; Under Seal Document: Government's Supplemental Position Regarding Sentencing for Arifeen David Gojali

**Reason:**
- [✓] Under Seal and/or In Camera
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [ ] Per Court order dated _____
- [ ] Manual Filing required ( *reason* ):

| | |
|---|---|
| March 13, 2015 | /s/ ALLEN W. CHIU |
| Date | Attorney Name |
| | United States of America |
| | Party Represented |

*Note:*  File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (01/14)                    **NOTICE OF MANUAL FILING**