JOHN N. AQUILINA
Attorney-at-Law
California Bar No. 096880
5055 Canyon Crest Drive, #221
Riverside, California 92507
Telephone: 951-682-1700
Facsimile: 951-276-1427
E-Mail:Aquilina@johnaquilina.com

Attorney for Defendant,
ARIFEEN DAVID GOJALI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 5:12-cr-0092-VAP-04 |
| Plaintiff, ) | |
| ) | DEFENDANT'S LETTERS IN |
| vs. ) | SUPPORT OF SENTENCING |
| ) | RECOMMENDATION |
| ARIFEEN DAVID GOJALI, ) | |
| ) | (Hrg: 3-16-15; 9:00am; D-II) |
| Defendant. ) | |

TO: HON. VIRGINIA A. PHILLIPS, JUDGE OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION;  STEPHANIE YONEKURA, UNITED STATES ATTORNEY, SUSAN DeWITT, CHRISTOPHER GRIGG, and ALLEN CHIU, ASSISTANT UNITED  STATES ATTORNEYS; MICHELLE A. CAREY, CHIEF UNITED STATES PROBATION OFFICER, BY LORI PASCOVER, UNITED STATES PROBATION OFFICER; AND TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION:

<u>INDEX</u>

<u>Page(s)</u>

NOTICE                                                      1

EXHIBITS:

    A.    LETTER- ARIFEEN DAVID GOJALI           3

    B.    LETTER - LORD KAFI MENSAH              6

    C.    LETTER- TRACY NGUYEN                   9

    D.    LETTER - MUHAMED MUNIR GOJALI          10

Honorable Judge Phillips,

 I write this letter in hope that it will allow you to have a better understanding about me and what my life has been about. First and foremost, I am very apologetic for the pain and turmoil I had place on my family and love ones due to my behavior and poor choices I've made in life, but I hope that this letter will give you some clarity and insight about the circumstances and the events that occurred throughout my life, which eventually lead to my incarceration.

 Your Honor, my family and I come from very humble beginnings. My parents grew up in a small village in the southern province of Vietnam without proper education. They were both taught and raised with religious studies and values. They moved to the U.S. in the early 80's hoping to find a better future for themselves and their children. Consequently, they also believed in raising their children in the same manner my grand-parents had raised them, however, they did not realize the many challenges of raising a family in a modern society, nor were they equipped with handling the mental and emotional stress their children were facing due to my parents conservative values and upbringing.

 As the 8th child out of 12 kids, I was sexually abuse from a relative at the age of 5 for approximately a year and a half. I held on to this secret with me growing up and was to afraid and ashamed to speak about it. My mother and father wanted the best for me and wanted me to achieve and excel in my studies and life, but also believed in tough love which often lead to physical and emotional abuse.

 My older brother Mohammad, who was always battling with health complications, was my role model and someone whom I admire, sadly more than my own father. In 2006, his health was deteriorating, which required a major surgery and intensive physical therapy. An accident occurred while he was in the hospital and was place on life-support. After a couple of weeks, my family had decided to take him off of life-support without informing me. At the age of 16, I watch my loving brother heart monitor decline from 100 and slowly tormenting me to flat line zero. He was only 24.

 Mohammad's death took a toll on my life. I found myself locked inside my room, where I would cry. I went through a state of depression, I was ashamed and embarassed to share with my family about what I was going through. As big as my family is, I often felt I was very much alone. I walked around the house feeling rejected, ashamed, lonely, and no self-esteem. I was place with a heavy burden as if I carried the weight of the world on my shoulders.

 I have gone to extremes in many areas of my life, including abusing drugs and alcohol. I found drugs and alcohol as an escape goat to my problems. I was sent to bootcamp due to failing grades and running away from home. In bootcamp I was given the opportunity to get sober and open up about my depression with a therapist. When I left bootcamp, I felt as if I rebounded, that things were going to change, however, the combination of lack of support, lack of mentors, and no sympathy towards what I have gone through made me feel like a lost kid again and slowly falling into the fray of my drug habits and eventually dropping out of high school.

There was no sense of direction about my life, where I wanted to go or what I wanted to do; no motor-no drive. I knew that I didn't want to live this way anymore. I went to a local mosque in my community, where I met and became friends with Deleon and Santana. They were kind and gentle, and very understanding whenever I open up about my past and most importantly they never judged me. I felt like I finally belonged to a group. I felt they appreciate me for who I am. I decided to give religion a chance. My parents seem to be please with my effort, and my father come to show more interest in me, and my drug habits went away.

At this point and time I had a girlfriend, Tracy. Tracy and I were middle school sweet-hearts. My parents did not approve of our relationship because of their conservative values and beliefs. Tracy and I were madly in love with each other like any young couple first love. At the age of 21, I became a father to a beautiful baby girl, Anyla. With no high school diploma it was very difficult to seek employment in an economy that looked like it was never going to get better. Frustrated, I felt as if I failed time after time, failed as a father, failed as a partner.

One evening, I spend the night over at Deleon's house. I was venting about the issues and dilemma I was dealing with as a provider for my family, the difficulty of finding employment, and my relationship with Tracy. He had advise me to leave my family, that God will take care of them and provide for them, and persisted to not be concerned or worried about Anyla and Tracy. This ultimately made my decision to leave.

Since my incarceration, I've had plenty of time to reflect on my life from different angles, and I find it very challenging to absorb the chaotic and painful chain of events which I have encountered throughout my life, however, as I continue to analyze these events in my life through therapy MDC-Los Angeles has offerred, I have slowly gotten a better understanding as to why I ended up in my current state. I needed to stop looking out at others, but looking in the mirror at myself and start asking questions, such as, " What neccessary changes do I need to make about myself? ". I wanted or needed to stop blaming others for my misfortunes or short comings, and taking responsibility for myself; find the flaws within my personality or character that have gotten me into any trouble and work to improve or diminish them entirely.

I have tried my best to utilize and make the most out of my time to educate myself, read books, or learn new sets of skills, such as, playing the guitar and singing, developing a healthy and honest relationship with my family and love ones, and lastly, work on my internal being. I have attained my high school diploma while incarcerated and also enroll myself in a Reentry program, where I've learned to develop goals related to basic life skills, such as, finding employment, building a support system, managing liesure time and getting establish in the community, and most importantly, being a better parent for Anyla. I've also tried my best to be an example or role model for young fellow inmates and share with them my experience and advice as they go through this life changing journey of incarceration. I can honestly say I am much closer with my family then ever before. Tracy and I have worked and discuss our issues and decided to put it behind us and move forward. Our future together is unclear, but I strongly feel our path is working towards being a family once again. I have made and written children books for Anyla, such as, numeral and alphabetics books, and also a story about an angel from heaven coming down to earth to help young boys and girls, to clean after themselves, brush their teeth, and the importance of eating vegetables.

004

While being incarcerated, I remember the first time Anyla threw a tantrum infront of me and didn't let me comfort her cause she was unfamiliar with my presence. Although it hurted me that my own child didn't want her father to comfort her, it also motivated me to make a bigger effort to be more involved in her life with my limited resources. I wrote her letters every month, expressing how much I love her, I made and wrote children books, teaching good morals and behavior, I've also wrote Anyla a song and sanged it to her, and speak to her everytime I called home. My relationship with Anyla have grown tremendously since the day she cried. She knows who I am and ask her mom about me often. She calls me, "dad" or "Cha", which means dad in vietnamese. She gets' so excited to come and visit me, and walks up to me and embrace me with a hug and a kiss without her mom or I instructing her. It pains me that I can't be there for her or be there for all the birthdays I have missed. As a father, I owe Anyla everything, and I would move mountains to be with her and to make things right again.

Through my incarceration, I have found my dream and my passion. In the near future, I intend to pursue my studies and major in pschology, and become a youth counselor; giving back to many young adolescent who are lost and guide them towards the direction of light and hope. I believe I can use the events that occurred in my life as an experience and empathize with many young children and teenagers who are looking for their voice to be heard or for someone to reach out to.

Your Honor, I promise to be a better role model for my younger siblings, who look up to me, I promise to be a better son to my belove parents, and most importantly, a better father to my 3 year old daughter, Anyla. Your Honor, I am no threat or danger to society. I made a poor decision and I accept full responsibilty for my behavior. I truly feel that if I am given a second chance, I will use my freedom to be a honest and civil member of society and I will never compromise my values again. Lastly, I would like to express my deepest appreciation for taking your time to read my letter. Thank you!


Very respectfully,
*Arifeen D. Gojali*
Arifeen D. Gojali

March 04/2015

① 

Your Honor,

My name is Lord Kofi Mensah, I am writting you not cause Arifeen Gojali asked me to. To be frank had he done so I wouldn't and I would have ~~lots~~ lost a little respect for him, I am only doing it cause it's rightous especially when you meet someone in here that has made positive impression on you and I am very hard to impressed. I am a graduate of State University of New York (Marketing) on a baseball scholarship. I played professional baseball, my younger brother George plays pro baseball in the Toronto blue Jays organization. My Sister is one of the best dentist in Canada Kimberly, I train professional athletes for a living and coach basketball and threw my coaching I am Honored to say I have helped 3 kids get drafted in the first round into the National Basketball Association. My great, great grandfather was the first black person to graduate from the prestige university of Oxford in England and he was Knight and that is where I got my first name Lord from. I am here on a conspiracy charge from 9 years ago, I turned myself in Canada and was brought here in September. I deal with my problems head on that is how I was raised and chose you →

006

② friends wisely. My life is a story of history and happenstance, linked by a ~~sure~~ surreal moment that sprung from Dream to reality. I have made a mistake and accepts it, and I am a very great Judge of character and I belive Arifeen Gojali also feels the same way. I have known Mr. Gojali for several months now. We connect threw sports and also by the grace of GOD. He asked me to trained him not couse he wants a six pack or wants to be a pro athlete, his reason to me was so that he can stay away from all these negative temtations that we face everyday in here. By the 4th day of training I got a 4 ~~pap~~ page letter from Mr. Gojali telling me more about himself and how thankful he was, first thing I said to myself was on the 4 day of training I get this I am not looking forward to the 40th day. As time went on I realized that he is not fake at all, He uses words like thank you, yes please, yes Sir, which is very unheard of especially in here. I said to myself there really are good people in here, but I am no fool I also know that there is only one Arifeen Gojali, He may not know yet, but he is the one that I am also learning from, My father always say to me →

③

Son you can always learn from anyone even if they are bad and in this case it's good. The other day, I looked at him and said to myself I wish when my six year old daughter grows up I want her boyfriend/husband to be like Arifeen. I didn't know Arifeen before, but the one that I know has some great achievable goals that he needs to be free to accomplish them and which ever community that he resides in will flourish, when those goals are put into action. If there ever was a law that allows people to do time for each other please sign me up cause I would be the first to knock of some time for this kid. True challenges comes from when you face adversity and this kid Arifeen has the cure for adversity. I thought I am an incurable optimist, I don't belive in negativity and same goes for this kid Arifeen. The other day he walked into my cell to talk to me or more or less vent and I said to him Don't worry about why things go wrong, Just put them right. F. Scott Fitzgerald once said there are no second acts in American lives. Your honor I hope you prove him wrong cause if you give Arifeen a second Act. His film will win an oscar. In the end you are the Omnipotent therefore you have absolute power, thanks from Arifeen Gojali's friend Lord Kofi Minsah

Tracy Nguyen
8655 Arlington ave #116
Riverside, ca 92503

March 9, 2015

To whom it may concern,

My name is Tracy Nguyen and I am the mother of Arifeen Gojali's daughter. Our daughter's name is Anyla Leah Gojali, and she is three years old. I met Arifeen when I was a preteen at Simons Middle School in Pomona; therefore, I have known him for over a decade. Arifeen is a really friendly person- I am the one who he spends most of his time with throughout his adolescence and entering into his adulthood years, so I believe that I know him more than he knows himself. Arifeen and I have always been civil. We were both extremely terrified of becoming parents but we absolutely honor it. Although he may not admit it, he is a really sensitive guy. He adores and cherishes his daughter to the fullest. The love he has for his daughter is unbreakable. It is amazing and a blessing to see how much someone loves my daughter just as much as I do. It has been difficult as my daughter passes her youth years without her father. My daughter needs her father in her presence, in her arms, and in her life. I know when Arifeen comes home he will be determined to find a job so he could provide for his family. I know that he will protect our daughter from harm. Thus, I am proud of him that he finished school; therefore, I know that he would want to move a step forward with his education to pursue his dreams. I can see that he is trying to be the best dad to the top of his ability, and I know for a fact that he will be an even better father being able to spend quality time with his child and to be there to watch her grow. In addition, Arifeen is honestly the most caring person I have ever known. For instance, if he only has one dollar in his pocket and someone unfortunate asks for money, Arifeen would give it to him. He is the kind of person who wouldn't do good deeds just to get something in return, in fact, he wouldn't even accept it. I first met him when he was thirteen years old; thus, I knew him when he was just a kid. I have been around long enough to watch him expand his knowledge and mind—he has become really intelligent and bright. I can see the change in him of becoming a mature and faithful adult. His friendships with his family and friends are truly genuine because he always finds the good in people. He has a lot of respect for his parents, so he does his best to take care of them. He does his best to take care of his family. Consequently, Arifeen is a character anyone would be glad to know, and I am positive that he would take responsibility of becoming a great friend, respecting son, a helpful brother, and a loving father. He would take responsibility to be that guy because he has already done so and because that is who he is. Furthermore, I know he will do better for his future, do better for his family, and most importantly, I know he will do better for himself.

Sincerely,

Tracy Nguyen

To Whom It May Concern:

My name is MohamedMunir Gojali, I am Arifeen Gojali's older brother. I'm currently working as a nurse caring for ill children. A proud American who loves this great nation for all its freedom and endless opportunities. When I first heard of what was reported on the news of the 4 men, I was very disappointed and upset with my brother I couldn't believe it. I know my brother and he is not what they depicted him to be. What he really is, is a hopeless romantic guy who is very sensitive and emotional. I'm never seen an angry side from him he is the type that would resolve a conflict with love and a smile. I can't picture my brother not ever smiling, in his mind he is blessed to be breathing and surrounded with family especially his daughter Anyla. His other love is sports and his teams was the Lakers he is a die hard fan, a big Kobe fan and basketball was part of our life watching on TV and playing recreationally. We played basketball every week about 2-3x with strangers and leaving the courts making new friends. That's who he was very approachable and friendly. My brother the emotional guy is always tearing up when his cousins come visit and leave. Yeah he wears his emotions on his sleeve and he is genuine cause he really cared about people.

When he comes out I will be right by his side and help him with transitions. I know he is really mature behind bars and I'm quite proud of him he went in a boy and now coming out as a man with priorities and goals. His biggest priority is to be a good dad to his beautiful daughter he sorely miss and regrettably miss out on a few years of her life. I have no doubt Arifeen will thrive on his 2nd chance of life and put the darkest part of life behind him. We are grateful to get him back to his family and have no doubt he will be a contributing member to society.

Sincerely,

MohamedMunir Gojali

010