## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

| | | |
|---|---|---|
| Case No.  ED CR 12-00092-(A)-VAP | | Date  March 16, 2015 |
| Present: The Honorable  VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE | | |
| | | Susan J. Dewitt |
| | | Christopher G. Grigg |
| Marva Dillard | Phyllis Preston | Allen Chiu |
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| Defendant | Counsel for Defendant | Retd.  DFPD  Panel | Interpreter |
|---|---|---|---|
| (4) ARIFEEN DAVID GOJALI | John N. Aquilina, CJA | X | N/A |

**PROCEEDINGS:**     **SENTENCING AND JUDGMENT**     ☐ Contested     X Non-Evidentiary
Day ___ (if continued from a prior hearing date)

☒ Refer to Judgment and Probation/Commitment Order; signed copy separately submitted. ___ See below for sentence.
___ Imprisonment for  years/months  on each of counts ___
   Count(s) ___ concurrent/consecutive to count(s) ___
___ Fine of $___ is imposed on each of count(s) concurrent/consecutive.
   ___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) ___
___ Confined in jail-type institution for ___ to be served on consecutive days/weekends commencing ___
___ years/months Supervised Release/Probation imposed on count(s) ___
   consecutive/concurrent to count(s) ___
   under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
   ___ Perform ___ hours of community service.
   ___ Serve ___ in a CCC/CTC.
   ___ Pay $___ fine amounts & times determined by P/O.
   ___ Make $___ restitution in amounts & times determined by P/O.
   ___ Participate in a program for treatment of narcotic/alcohol addiction.
   ___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of BICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
   ___ Other conditions: ___
___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
___ Pay $___ per count, special assessment to the United States for a total of $___
___ Imprisonment for  months/years  and for a study pursuant to 18 USC ___
   with results to be furnished to the Court within  days/months  whereupon the sentence shall be subject to modification. This matter is set for further hearing on ___
☒ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
☒ Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.     ☒ Processed statement of reasons.
___ Bond exonerated ___ upon surrender ___ upon service of ___
___ Execution of sentence is stayed until 12 noon, ___
   at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release  # ___
___ Present bond to continue as bond on appeal.     ___ Appeal bond set at $___
☒ Filed and distributed judgment.
___ Other ___

                                                                                           ___ - ___ : 45

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

Initials of Deputy Clerk   md

cc: