```
 1
 2                    UNITED STATES DISTRICT COURT
 3                   CENTRAL DISTRICT OF CALIFORNIA
                            EASTERN DIVISION
 4
 5
    UNITED STATES OF AMERICA,      )
 6                                 )
                                   )
 7        PLAINTIFF,               )
                                   )
 8        VS.                      )  ED CR 12-92-VAP
                                   )
 9                                 )
    SOHIEL OMAR KABIR,             )
10  RALPH KENNETH DELEON,          )
                                   )  RIVERSIDE, CALIFORNIA
11                                 )  MARCH 19, 2014
            DEFENDANTS.            )  (1:51 P.M. TO 1:56 P.M.)
12  _____)

13                    POST-INDICTMENT ARRAIGNMENT

14              BEFORE THE HONORABLE SHERI PYM
                UNITED STATES MAGISTRATE JUDGE
15

16

17

18  APPEARANCES:              SEE NEXT PAGE

19  COURT REPORTER:           RECORDED; COURT SMART

20  COURTROOM DEPUTY:         KIMBERLY CARTER

21  TRANSCRIBER:              DOROTHY BABYKIN
                              COURTHOUSE SERVICES
22                            1218 VALEBROOK PLACE
                              GLENDORA, CALIFORNIA   91740
23                            (626) 963-0566

24
    PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING;
25  TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.
```

```
 1   APPEARANCES: (CONTINUED)
     FOR THE PLAINTIFF:       ANDRÉ BIROTTE, JR.
 2                            UNITED STATES ATTORNEY
                              ROBERT DUGDALE, CHIEF
 3                            CRIMINAL DIVISION
                              ASSISTANT UNITED STATES ATTORNEY
 4                            BY:  ALLEN CHIU
                                   ANGELA DEWITT
 5                                 CHRIS GRIGG
                              ASSISTANT UNITED STATES ATTORNEYS
 6                            3403 TENTH STREET
                              SUITE 200
 7                            RIVERSIDE, CALIFORNIA  92501

 8   FOR DEFENDANT KABIR:     SEAN K. KENNEDY
                              FEDERAL PUBLIC DEFENDER
 9                            BY:  JEFFREY A. AARON
                                   ANGELA VIRAMONTES
10                            DEPUTY FEDERAL PUBLIC DEFENDERS
                              3801 UNIVERSITY AVENUE
11                            SUITE 700
                              RIVERSIDE, CALIFORNIA  92501
12

13   FOR DEFENDANT DELEON:    SEAN K. KENNEDY
                              FEDERAL PUBLIC DEFENDER
14                            BY:  JEFFREY A. AARON
                                   ANGELA VIRAMONTES
15                            DEPUTY FEDERAL PUBLIC DEFENDERS
                              3801 UNIVERSITY AVENUE
16                            SUITE 700
                              RIVERSIDE, CALIFORNIA  92501
17                            (SPECIAL APPEARANCE FOR DAVID THOMAS)

18

19

20

21

22

23

24

25
```

```
 1                           I N D E X
     CASE NO. ED CR 12-92-VAP                    MARCH 19, 2014
 2
     PROCEEDINGS:  ARRAIGNMENT OF DEFENDANT, ASSIGNMENT OF CASE,
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1      RIVERSIDE, CALIFORNIA; WEDNESDAY, MARCH 19, 2014; 1:51 P.M.

2           THE CLERK:  THE HONORABLE SHERI PYM, UNITED STATES

3  MAGISTRATE JUDGE, PRESIDING.

4           THE COURT:  ALL RIGHT.  GOOD AFTERNOON.

5           BEFORE I CALL THE MATTERS ON CALENDAR, I WANT TO

6  ADVISE EACH OF THE DEFENDANTS OF THEIR CONSTITUTIONAL AND

7  STATUTORY RIGHTS IN CONNECTION WITH THESE PROCEEDINGS.

8           I KNOW YOU'VE BEEN ADVISED OF THESE BEFORE, BUT SINCE

9  THERE IS A NEW INDICTMENT, I'M GOING TO DO SO AGAIN.  SO,

10 PLEASE, LISTEN CAREFULLY.

11          YOU ARE HERE BECAUSE YOU ARE CHARGED WITH CRIMINAL

12 OFFENSES AGAINST THE UNITED STATES.  THE CHARGES AGAINST YOU

13 ARE CONTAINED IN THE SECOND SUPERSEDING INDICTMENT, A COPY OF

14 WHICH HAS BEEN OR WILL BE GIVEN TO YOU.  AND LATER YOU WILL BE

15 ASKED TO ENTER PLEAS TO THE CHARGES.

16          YOU HAVE THE RIGHT TO RETAIN AND BE REPRESENTED BY

17 THE ATTORNEY OF YOUR CHOICE AT EACH STAGE OF THE PROCEEDINGS.

18          IF YOU CANNOT AFFORD TO HIRE AN ATTORNEY, YOU HAVE

19 THE RIGHT TO REQUEST THAT ONE BE APPOINTED TO REPRESENT YOU AT

20 NO COST TO YOU AS HAS ALREADY OCCURRED IN THIS CASE.

21          YOU HAVE THE RIGHT TO BE PRESENT AT ALL THE

22 PROCEEDINGS INCLUDING AT THE TIME OF THE ENTRY OF A PLEA AND

23 EVERY STAGE OF TRIAL.  THIS INCLUDES THE IMPANELING OF THE

24 JURY, THE RETURN OF THE VERDICT, AND THE IMPOSITION OF ANY

25 SENTENCE.

1          YOU HAVE THE RIGHT TO HAVE A SPEEDY AND PUBLIC TRIAL
2     BY JURY OR BY A JUDGE ALONE IF YOU GIVE UP YOUR RIGHT TO A JURY
3     TRIAL.
4          YOU ARE PRESUMED INNOCENT OF THE CHARGES AGAINST YOU.
5     IT IS NOT NECESSARY FOR YOU TO PROVE YOUR INNOCENCE.  THE
6     GOVERNMENT HAS THE BURDEN OF PROVING YOUR GUILT BEYOND A
7     REASONABLE DOUBT.
8          YOU HAVE THE RIGHT TO SEE AND HEAR THE EVIDENCE AND
9     WITNESSES AGAINST YOU AND TO CONFRONT AND CROSS-EXAMINE THOSE
10    WITNESSES.
11         YOU HAVE THE RIGHT TO SUBPOENA WITNESSES AND COMPEL
12    THE PRODUCTION OF EVIDENCE ON YOUR OWN BEHALF.
13         YOU HAVE THE RIGHT TO REMAIN SILENT.  ANYTHING YOU
14    SAY, SIGN, OR WRITE THAT TENDS TO INCRIMINATE YOU MAY BE USED
15    AGAINST YOU IN THIS OR IN ANY OTHER COURT PROCEEDING.
16         YOU HAVE THE RIGHT TO HAVE BAIL DETERMINED IN
17    ACCORDANCE WITH THE PROVISIONS OF THE BAIL REFORM ACT.  AND
18    SINCE YOU'VE BEEN ORDERED DETAINED, YOU HAVE THE RIGHT TO HAVE
19    THAT ORDER REVIEWED BY A DISTRICT JUDGE.  AND YOU MAY BE
20    PRESENT AT ANY HEARING WHERE FURTHER ARGUMENT MAY BE HEARD
21    REGARDING DETENTION.
22         AND, AGAIN, YOUR CASE HAS ALREADY BEEN TRANSFERRED
23    FOR ALL FURTHER PROCEEDINGS TO JUDGE VIRGINIA PHILLIPS.
24         AND ALL MOTIONS OTHER THAN A DETENTION REQUEST ARE
25    RESERVED FOR THE DISTRICT JUDGE.  IT MUST BE MADE BEFORE THE

1  DISTRICT JUDGE ASSIGNED TO YOUR CASE.
2          AND, FINALLY, THE GOVERNMENT IS REMINDED OF ITS
3  CONSULAR AND VICTIM NOTIFICATION RESPONSIBILITIES.
4          THE CLERK:  CASE NUMBER ED CR 12-92, UNITED STATES OF
5  AMERICA VERSUS SOHIEL OMAR KABIR AND RALPH KENNETH DELEON.
6          COUNSEL, WOULD YOU PLEASE STATE YOUR APPEARANCES FOR
7  THE RECORD.
8          MR. CHIU:  GOOD AFTERNOON, YOUR HONOR.
9          ALLEN CHIU ON BEHALF OF THE UNITED STATES.
10         AND PRESENT WITH ME AT COUNSEL TABLE IS SUSAN DEWITT
11 AND ALSO CHRIS GRIGG, YOUR HONOR.
12         THE COURT:  GOOD AFTERNOON.
13         MS. DEWITT:  GOOD AFTERNOON.
14         MR. GRIGG:  GOOD AFTERNOON, YOUR HONOR.
15         MR. AARON:  GOOD AFTERNOON, YOUR HONOR.
16         JEFFREY AARON FOR THE FEDERAL PUBLIC DEFENDER FOR MR.
17 KABIR.
18         AND APPEARING SPECIALLY FOR MR. DAVE THOMAS OF THE
19 CJA PANEL FOR MR. DELEON.  BOTH ARE PRESENT AND IN CUSTODY.
20         AND WITH ME IS ANGELA VIRAMONTES.
21         THE COURT:  ALL RIGHT.  GOOD AFTERNOON.
22         AND GOOD AFTERNOON -- FIRST OF ALL, SOHIEL OMAR
23 KABIR, IS THAT YOUR TRUE NAME?
24         DEFENDANT KABIR:  YES, MA'AM.
25         THE COURT:  OKAY.  AND, ALSO, GOOD AFTERNOON RALPH

```
 1   KENNETH DELEON.
 2              IS THAT YOUR TRUE NAME?
 3              DEFENDANT DELEON:  YES.
 4              THE COURT:  ALL RIGHT.
 5              AND, MR. DELEON, YOUR ATTORNEY IS NOT HERE RIGHT NOW.
 6   MR. AARON IS HERE.
 7              DO YOU CONSENT TO HAVE HIM APPEAR TO REPRESENT YOU IN
 8   THIS MATTER TODAY?
 9              DEFENDANT DELEON:  YES.
10              THE COURT:  OKAY.
11              ALL RIGHT.  AND I --
12              WELL, LET ME ASK EACH OF YOU, FIRST OF ALL, DID YOU
13   HEAR AND UNDERSTAND THE STATEMENT OF RIGHTS THAT I JUST READ,
14   MR. KABIR?
15              DEFENDANT KABIR:  YES, MA'AM.
16              THE COURT:  AND DID YOU UNDERSTAND IT, MR. DELEON?
17              DEFENDANT DELEON:  YES.
18              THE COURT:  OKAY.
19              AND THEN, MR. KABIR, I HAVE HERE A WRITTEN STATEMENT
20   OF YOUR CONSTITUTIONAL RIGHTS THAT YOU APPEAR TO HAVE SIGNED.
21              DID YOU READ AND SIGN THE STATEMENT OF YOUR RIGHTS?
22              DEFENDANT KABIR:  YES, MA'AM.
23              THE COURT:  OKAY.
24              AND, MR. DELEON, I ALSO HAVE A WRITTEN STATEMENT OF
25   YOUR CONSTITUTIONAL RIGHTS.
```

8

1              DID YOU READ AND SIGN THE STATEMENT OF RIGHTS?
2              DEFENDANT DELEON:  YES.
3              THE COURT:  OKAY.
4              ALL RIGHT.  AND THEN HAVE YOU EACH RECEIVED A COPY OF
5     THE SECOND SUPERSEDING INDICTMENT, MR. KABIR?
6              DEFENDANT KABIR:  YES, MA'AM.
7              THE COURT:  AND MR. DELEON.
8              DEFENDANT DELEON:  YES.
9              THE COURT:  OKAY.
10             AND HAVE YOU BOTH HAD AN OPPORTUNITY TO READ THROUGH
11    THAT.
12             MR. KABIR?
13             DEFENDANT KABIR:  YES, MA'AM.
14             THE COURT:  AND MR. DELEON.
15             DEFENDANT DELEON:  YES.
16             THE COURT:  OKAY.
17             WOULD EITHER OF YOU LIKE THIS READ OUT LOUD IN COURT
18    AT THIS TIME.
19             LET ME ASK YOU, MR. KABIR.
20             DEFENDANT KABIR:  NO.
21             THANK YOU.
22             THE COURT:  OR MR. DELEON.
23             DEFENDANT DELEON:  NO.
24             THANK YOU.
25             THE COURT:  ALL RIGHT.

1           THEN, MR. KABIR, LET ME ASK YOU, FIRST OF ALL, HOW DO
2  YOU PLEAD TO THE CHARGES AGAINST YOU IN THE SECOND SUPERSEDING
3  INDICTMENT --
4           DEFENDANT KABIR:  NOT GUILTY.
5           THE COURT:  -- GUILTY OR NOT GUILTY.
6           DEFENDANT KABIR:  NOT GUILTY.
7           THE COURT:  ALL RIGHT.  NOT-GUILTY PLEAS WILL BE
8  ENTERED THEN.
9           AND THEN, MR. DELEON, HOW DO YOU PLEAD TO THE CHARGES
10 AGAINST YOU IN THE SECOND SUPERSEDING INDICTMENT, GUILTY OR NOT
11 GUILTY?
12          DEFENDANT DELEON:  NOT GUILTY.
13          THE COURT:  ALL RIGHT.  NOT-GUILTY PLEAS WILL BE
14 ENTERED FOR YOU AS WELL.
15          AND, AGAIN, THIS CASE HAS BEEN ASSIGNED TO JUDGE
16 PHILLIPS.
17          AND I BELIEVE THE DATES WERE ALL PREVIOUSLY SET IN
18 THIS CASE.  BUT, AGAIN, WHAT I HAVE NOTED HERE -- AND I'M SURE
19 JUDGE PHILLIPS WILL CORRECT THIS IF I AM WRONG -- IS THAT YOU
20 ARE SET FOR TRIAL ON JULY 1ST, 2014 AND PRETRIAL CONFERENCE ON
21 JUNE 2ND, 2014 AT NINE O'CLOCK A.M.
22          IS THAT RIGHT?
23          MR. AARON:  THAT'S CORRECT.
24          THE COURT:  ALL RIGHT.
25          ALL RIGHT.  SO, THEN, THE DEFENDANTS ARE ORDERED TO

```
 1   APPEAR AT THOSE DATES AND TIMES.  AND I BELIEVE YOU HAVE A
 2   MATTER THIS AFTERNOON AS WELL, SO.
 3              IS THERE ANYTHING FURTHER WE NEED TO TAKE UP AT THIS
 4   TIME?
 5              MR. AARON:  NO, YOUR HONOR.
 6              THANK YOU.
 7              MR. CHIU:  THANK YOU.
 8              THE COURT:  ALL RIGHT.
 9              THANK YOU.
10              THE CLERK:  THIS COURT IS NOW ADJOURNED.
11              (PROCEEDINGS ADJOURNED AT 1:56 P.M.)
12                    C E R T I F I C A T E
13
14
15              I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT
     FROM THE ELECTRONIC SOUND RECORDING OF THE PROCEEDINGS IN THE
16   ABOVE-ENTITLED MATTER.
17
     /S/ DOROTHY BABYKIN                          4/16/15
18   _____           _____
     FEDERALLY CERTIFIED TRANSCRIBER               DATED
19   DOROTHY BABYKIN
20
21
22
23
24
25
```